**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 11-cv-02600-CMA-BNB

ROBIN TONETTE,

    Plaintiff,

v.

BRT CORPORATION d/b/a PROFESSIONAL AFFILIATES COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Stipulation To Dismiss Pursuant To Settlement (Doc. # 10), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, without fees or costs to either party.

DATED: February  06 , 2012

                        BY THE COURT:

                        _____
                        CHRISTINE M. ARGUELLO
                        United States District Court Judge